UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

REGAN ADAM REYNOLDS,

      Defendant.
_____/

Case No. 1:05:CR:186

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed August 18, 2005, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Regan Adam Reynolds' plea of guilty to Count One of the Indictment is accepted. Defendant Regan Adam Reynolds is adjudicated guilty.

3. Defendant Regan Adam Reynolds shall be detained pending sentencing.


Dated: September 2, 2005

                                                      /s/ Gordon J. Quist
                                                    GORDON J. QUIST
                                           UNITED STATES DISTRICT JUDGE